# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Request for Early Termination of Supervision

Name of Offender: Richard B. Watts            Docket No.: CR 02-00053-02 CRB

Name of Sentencing Judge: Charles R. Breyer
United States District Judge

**FILED**

FEB 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date of Original Sentence: December 20, 2006

Original Offense:
Count Sixteen: Failure to File a Federal Income Tax Return, 26 U.S.C. § 7203, a Class A misdemeanor
Original Sentence: Time served, one year supervised release.

Special Conditions: Become current with Internal Revenue Service on tax returns due for tax years subsequent to the 2001, for the years that the defendant received sufficient income to be required to file federal tax returns, $25 special assessment, and $3,682.50 in restitution to the Internal Revenue Service.

Type of Supervision: Supervised Release         Date Supervision Commenced: December 20, 2006
Assistant U.S. Attorney: George Bevan                      Defense Counsel: Julia Jayne (Retained)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

On December 20, 2006, the court sentenced the offender to one year of supervised release with credit for custody time served. The court also imposed the special condition that the offender pay restitution to the Internal Revenue Service of $3,682.50 in outstanding taxes. The court further reported to all parties that once the offender has satisfied the financial obligation, the court would terminate the imposed term of supervised release. Mr. Watts has satisfied the restitution with a cashiers check dated December 20, 2006.

Assistant U.S. Attorney George Bevan has been notified and there are no objections.

NDC-SUPV-FORM 12B(2) 01/13/06

Richard B. Watts                                                                                           Page 2
CR 02-00053-02 CRB

Address of offender:      2505 Sir Francis Drake, #2B
                          Fairfax, CA 94930

Respectfully submitted,                     Reviewed by:

_____               _____
Cristopher Taylor                           Marlana R. Peter
U.S. Probation Officer                      Supervisory U.S. Probation Officer

Date Signed: February 22, 2007

---

THE COURT ORDERS:
☑ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

Feb. 26, 2007                               _____
_____               Charles R. Breyer
Date                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

WATTS,

        Defendant.

Case Number: CR02-00053 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George L. Bevan
United States Attorney's Office
Oakland
1301 Clay Street, Suite 340S
Oakland, CA 94612

Julia Mezhinsky Jayne
Campbell & Jayne
350 Sansome Street
Suite 650
San Francisco, CA 94104

Dated: February 26, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk